**Order entered November 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00458-CR

**LONZELL HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76537-P**

## ORDER

Before the Court is appellant's November 5, 2018 second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **THIRTY DAYS** from the date of this order. If appellant's brief is not filed by the extended due date, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
         JUSTICE